**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CLAUDIA MEJIA,

*Plaintiff,*

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, et. al.,

*Defendants.*

CIVIL ACTION
NO. 26-2541

**ORDER**

**AND NOW**, this 3rd day of September, 2026, upon consideration of Defendant SEPTA's Motion for Judgment on the Pleadings (Dkt. No. 14), Plaintiff Claudia Mejia's Response in Opposition to the Motion (Dkt. No. 15), Defendant SEPTA's Reply in Support (Dkt. No. 18), and Plaintiff's Sur-Reply in Opposition (Dkt. No. 22) it is **ORDERED** that the motion is **GRANTED**. Plaintiff may file an amended complaint, consistent with the accompanying Memorandum, **on or before Friday, September 18, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.