**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLAUDIA MEJIA,<br>*Plaintiff,*<br>v.<br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, et. al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 26-2541 |

**ORDER**

**AND NOW**, this 21st day of October, 2026, upon consideration of Defendant SEPTA's Motion to Dismiss (Dkt. No. 46), Plaintiff Claudia Mejia's Response in Opposition (Dkt. No. 49), and Defendant SEPTA's Reply in Support (Dkt. No. 51), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.